IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
Panama City Division

JOHN DOE 1, as parent and natural guardian )
of PLAINTIFF C, his minor child; JOHN )
DOE 2, as parent and natural guardian of )
PLAINTIFF D, his minor child; JANE DOE 1, )
as parent and natural guardian of PLAINTIFF B )
and PLAINTIFF M, her minor children; JANE )
DOE 2, as parent and natural guardian of )
PLAINTIFF J, her minor child; and JANE )
DOE 3, as parent and natural guardian of )
PLAINTIFF S, her minor child, )
　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiffs, )
　　　　　　　　　　　　　　　　　　　　　　)
vs. ) Case No. 5:03cv260-LAC/MCR
　　　　　　　　　　　　　　　　　　　　　　)
JOSEPH R. FRANCIS; MRA HOLDING LLC, )
a California limited liability company; )
MANTRA FILMS, INC., an Oklahoma )
corporation (d/b/a "Girls Gone Wild"); AERO )
FALCONS, LLC, a Delaware limited liability )
company; MARK D. SCHMITZ; and RYAN )
DAVID SIMKIN, )
　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　Defendants. )
_____)

Motion of Defendants Joseph R. Francis, MRA
Holding LLC, Mantra Films, Inc., and Aero Falcons, LLC
<u>to Stay Proceedings Pending Outcome of Parallel Criminal Proceedings</u>

Pursuant to Local Rule 7.1, Defendants Joseph R. Francis, MRA Holding LLC, Mantra Films, Inc., and Aero Falcons, LLC, (collectively, "MRA defendants") move to stay these proceedings pending the outcome of parallel criminal proceedings in the Circuit Court of the Fourteenth Judicial Circuit of Florida, in and for Bay


FILED

County, Florida (State v. MRA Holding LLC, No. 03-1036H). The grounds for granting this motion are set forth in the accompanying memorandum of law.

Certificate of Conference

Pursuant to this Court's Local Rule 7.1(B), undersigned counsel certifies that counsel for the MRA defendants has conferred with plaintiffs' counsel Thomas Dent in a good faith effort to resolve by agreement the issues raised in this motion. Plaintiffs' counsel was not agreeable to a stay until the parties resolve how to prevent the MRA defendants from disseminating images of the plaintiffs' children. The MRA defendants do not believe that they have any images of the plaintiffs' children at this time. Counsel for the MRA defendants and counsel for the plaintiffs continue to explore developing an appropriate mechanism to prevent the dissemination of images of the plaintiffs' children and will advise the Court should they reach an agreement on that matter.

Respectfully submitted,

Hunton & Williams LLP
Attorneys for Joseph R. Francis, MRA Holding, LLC;
  Mantra Films, Inc., and Aero Falcons, LLC

By *Patricia Wallace*
Thomas R. Julin & D. Patricia Wallace
Florida Bar Nos. 325376, 0153590 & 0185930
Hunton & Williams LLP, Mellon Financial Center
1111 Brickell Avenue, Suite 2500
Miami, Florida 33131-1802
305.810.2500 Fax 2460

Certificate of Service

I hereby certify that a true and correct copy of this motion was served by U.S. mail on December 1, 2003, to:

> D. Ross McCloy, Jr.
> Harrison, Sale, McCloy & Thompson, Chtd.
> Post Office Drawer No. 1579
> Panama City, Florida 32402
> Attorneys for Plaintiffs
>
> Thomas G. Dent & Scott A. Carlson
> Seyfarth Shaw, LLP
> 55 East Monroe Street, Suite 4200
> Chicago, Illinois 60603
> Attorneys for Plaintiffs
>
> Michael D. Whalen
> Bedell, Dittmar, DeVault, Pillans & Coxe, PA
> 101 East Adams Street
> Jacksonville, Florida 32202

*/s/ Patricia Wallace*
D. Patricia Wallace

3