**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

| | |
|---|---|
| JOHN DOE 1, as parent and natural guardian of PLAINTIFF C, his minor child; JOHN DOE 2, as parent and natural guardian of PLAINTIFF D, his minor child; JANE DOE 1 as parent and natural guardian of PLAINTIFF B and PLAINTIFF M, her minor children; JANE DOE 2, as parent and natural guardian of PLAINTIFF J, her minor child; and JANE DOE 3, as parent and natural guardian of PLAINTIFF S, her minor child,<br><br>               Plaintiffs,<br><br>vs<br><br>JOSEPH R. FRANCIS; MRA HOLDING LLC, a California limited liability company; MANTRA FILMS, INC., an Oklahoma corporation (d/b/a "Girls Gone Wild"); AERO FALCONS, LLC, a Delaware limited liability company; MARK D. SCHMITZ; and RYAN DAVID SIMKIN,<br><br>               Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No.:  5:03cv260/MCR/MD<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' OPPOSITION
TO DEFENDANTS' MOTION TO STAY**

Defendants move to stay these proceedings pending the outcome of parallel criminal proceedings in the Circuit Court of the Fourteenth Judicial Circuit of Florida.

Plaintiffs object to this motion as premature.  The Parties have been actively negotiating and are close to an agreement for a stay.  It would be premature for the Court to rule on this issue until the Parties either reach an agreement or an impasse.

Discussions regarding the stay have been fruitful and will likely result in a agreement to be entered at the Court's discretion.  Counsel for both Parties have spoken and both Parties respectfully request that the Court withhold judgment on Defendants' Motion to Stay for 30 days to allow the Parties time to explore an agreement on this issue.

WHEREFORE, Plaintiffs respectfully request that this Court reserve its ruling on Defendants' Motion To Stay these proceedings for an additional 30 days.

Dated this 7th day of January, 2004.

Respectfully submitted,

s/D. Ross McCloy, Jr.
D. Ross McCloy, Jr.
Harrison, Sale, McCloy &
Thompson, Chtd.
Florida Bar No. 0262943
Post Office Drawer 1579
Panama City, FL 32402
850.769.3434
Fax:  850.769.6121

and

Thomas G. Dent
Illinois Bar No. 0617164
Scott A. Carlson
Illinois Bar No. 6228975
Seyfarth Shaw, LLP
55 East Monroe St., Suite 4200
Chicago, IL 60603
312.346.8000
Fax:  312.269.8869

ATTORNEYS FOR PLAINTIFFS

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the foregoing was furnished by electronic mail to Thomas R. Julin, Esq., Hunton & Williams LLP, Mellon Financial Center, 1111 Brickell Avenue, Suite 2500, Miami, FL 33131-1803; and to Michael D. Whalen, Esq., Bedell, Dittmar, DeVault, Pillans & Coxe, 101 East Adams Street, Jacksonville, FL 32202, this 7th day of January, 2004.

s/D. Ross McCloy, Jr.
D. Ross McCloy, Jr.