# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

JOHN DOE 1, et al

    VS                                                  CASE NO.  5:03cv260/MCR/MD

JOSEPH R. FRANCIS, et al

**REFERRAL AND ORDER**

Referred to Judge Rodgers on         JANUARY 9, 2004
Type of Motion/Pleading: MOTION TO STAY PROCEEDINGS PENDING OUTCOME OF PARALLEL CRIMINAL PROCEEDINGS
Filed by:       DEFENDANTS       on    12/2/03    Document      21
(  ) Stipulated/Consented/Joint Pleading
RESPONSES:
           PLAINTIFF           on    1/7/04    Doc.#        36
                                     on                    Doc.#
                               WILLIAM M. McCOOL, CLERK OF COURT

                                  /s/L. James
                               Deputy Clerk

**ORDER**

    Upon consideration of the foregoing, it is ORDERED this 4th day of February, 2004, that:

    The requested relief is GRANTED.  A written order will follow.

                                                  *s/* M. Casey Rodgers

                                                  M. CASEY RODGERS
                                                  UNITED STATES DISTRICT JUDGE

Entered On Docket: _____ By: _____
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____