Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOHN DOE 1, et al.,

    Plaintiffs,

v.                                                    Case No. 5:03-cv-260/MCR

JOSEPH R. FRANCIS, et al.,

    Defendants.
_____/

## ORDER

On February 4, 2003, the Court entered an order (<u>see</u> doc. 43) staying this case pending the outcome of parallel criminal proceedings. At this time, the Clerk is directed to close the file in this case for administrative purposes only.

ORDERED on this 22nd day of June, 2004.

                                       *s/ M. Casey Rodgers*
                                       **M. CASEY RODGERS**
                                       **United States District Judge**