IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| JOHN DOE 1, as parent and natural guardian of PLAINTIFF C, his minor child; JOHN DOE 2, as parent and natural guardian of PLAINTIFF D, his minor child; JANE DOE 1 as parent and natural guardian of PLAINTIFF B and PLAINTIFF M, her minor children; JANE DOE 2, as parent and natural guardian of PLAINTIFF J, her minor child; JANE DOE 3, as parent and natural guardian of PLAINTIFF S, her minor child; and PLAINTIFF L,<br><br>           Plaintiffs,<br><br>     vs<br><br>JOSEPH R. FRANCIS; MRA HOLDING LLC, a California limited liability company; MANTRA FILMS, INC., an Oklahoma corporation (d/b/a "Girls Gone Wild"); AERO FALCONS, LLC, a Delaware limited liability company; MARK D. SCHMITZ; and RYAN DAVID SIMKIN,<br><br>           Defendants. | Case No.: 5:03cv260-RS-WCS |

## SUPPLEMENTAL MEMORANDUM OF LAW REGARDING FRANCIS' PERSONAL FINANCIALS

Federal Rule of Evidence 501 does not allow California's tax return privilege to protect Francis' financials. Under Rule 501, analysis regarding the availability of a privilege in a diversity action is governed by the law of the forum state. *Miller v. Transamerican Press, Inc.*, 621 F.2d 721, 724 (5th Cir. 1980)[1]; *Ashcroft v. Conoco, Inc.*, 218 F.3d 282, 285 n.5 (4th Cir.

---

[1] Under Bonner v. City of Pritchard, 661 F.2d 1206, 1207 (11th Cir. 1981), all decisions of the Fifth Circuit handed down prior to September 30, 1981, are binding precedent in the Eleventh Circuit. Thus, the Miller decision is binding precedent on the Northern District of Florida.

2000); *Dixon v. 80 Pine Street Corp.*, 516 F.2d 1278, 1280 (2d Cir. 1975). Florida is the forum state in this case. Thus, Florida's privilege law, not California's, applies.

In *Miller*, the Fifth Circuit, after reciting the aforementioned law, questioned if Texas, the forum state, would apply its law. 621 F.2d at 724-25. Thus, if Florida had a choice-of-law provision relating to privileges, the possibility would exist that said provision would recognize the California privilege asserted by Francis. However, there is no such law in Florida. Instead, Florida law explicitly provides that except as provided by the Florida Evidence Code, other Florida Statutes, the Constitution of the United States, and the Constitution of the State of Florida, no privileges should be recognized. § 90.501, Fla. Stat. (2006). Recognition of the California tax return privilege violates § 90.501.

Tax returns are discoverable in Florida. *Old Holdings, Ltd. v. Taplin, Howard, Shaw, & Miller*, 584 So. 2d 1128, 1129 (Fla. 4th DCA 1991). In *Old Holdings*, the court was confronted with the very issue before this Court, *i.e.*, whether California income tax returns are discoverable. *Id.* at 1128. The appellate court found that the trial court did not err in compelling the production of the California income tax returns. *Id.* at 1129. The appellate court stated that "since pretrial discovery is a matter resting largely within the discretion of the trial court, we believe the existence of a privilege under California law is simply a factor the trial court should consider." *Id.*

Plaintiffs are entitled to Francis' personal tax returns under Florida law. This Court should not allow Francis to hide behind an inapplicable California accounting privilege.

Respectfully submitted,

/s/ Larry Selander
Larry Selander
Daniel Small
Thomas G. Dent
Rachael G. Pontikes
Duane Morris LLP
227 West Monroe Street, Suite 3400
Chicago, IL 60606
(312) 499-6700
Fax: (312) 499-6701

and

D. Ross McCloy, Jr.
Robert A. Fleming, III
Harrison, Sale, McCloy, Thompson
  & Duncan, Chtd.
Florida Bar No. 0262943
Post Office Drawer 1579
Panama City, FL 32402
(850) 769-3434
Fax: (850) 769-6121

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on March 30, 2007, copies of the foregoing were served via hand delivery and/or electronic mail:

Michael P. Dickey
Barron, Redding, Hughes, Fite, Sanborn, Kiehn & Dickey, P.A.
P.O. Box 2467
Panama City, Florida  32402

Michael Burke, Esq.
1601 Cloverfield Avenue
Suite 420 South
Santa Monica, CA  90404

and by U.S. Mail upon:

Mark Schmitz
2509 Sherborne Blvd.
Fort Wayne, IN 46805

                                  /s/ Larry Selander